B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    New Hope Personal Care Homes, Inc.      Case No.   11-04036
                                      Debtor(s)       Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Apex Waste Management<br>P.O. Box 13648<br>Philadelphia, PA 19101 | Apex Waste Management<br>P.O. Box 13648<br>Philadelphia, PA 19101 | | | 3,729.65 |
| Blue Ribbon Dairy<br>287 Exeter Ave<br>Pittston, PA 18643 | Blue Ribbon Dairy<br>287 Exeter Ave<br>Pittston, PA 18643 | | | 8,127.35 |
| Butterkrust<br>249 N. 11th Street<br>Sunbury, PA 17801 | Butterkrust<br>249 N. 11th Street<br>Sunbury, PA 17801 | | | 7,269.31 |
| Dallas Municipal Authority<br>530 S. Memorial Hgwy<br>Shavertown, PA 18708 | Dallas Municipal Authority<br>530 S. Memorial Hgwy<br>Shavertown, PA 18708 | | | 20,514.10 |
| DOMA Preferred Foods<br>51 S. Washington Ave.<br>Scranton, PA 18505 | DOMA Preferred Foods<br>51 S. Washington Ave.<br>Scranton, PA 18505 | | | 4,036.07 |
| Ehrlich<br>3 Keystone Industrial Park<br>PA 18512 $19<br>Scranton, PA 18512 | Ehrlich<br>3 Keystone Industrial Park<br>PA 18512 $19<br>Scranton, PA 18512 | | | 20,159.79 |
| Frontier<br>P.O. Box 900<br>Newark, NJ 07101 | Frontier<br>P.O. Box 900<br>Newark, NJ 07101 | | | 6,408.52 |
| Grainger<br>182 Buter Street<br>Wilkes Barre, PA 18702 | Grainger<br>182 Buter Street<br>Wilkes Barre, PA 18702 | | | 3,631.24 |
| Nawn & Company<br>73 Chestnut Road<br>Paoli, PA 19301 | Nawn & Company<br>73 Chestnut Road<br>Paoli, PA 19301 | | | 3,576.74 |
| Otis Elevator<br>P.O. Box 73579<br>Chicago, IL 60673 | Otis Elevator<br>P.O. Box 73579<br>Chicago, IL 60673 | | | 7,722.87 |
| P P & L<br>2 N. 9th Street<br>Allentown, PA 18101 | P P & L<br>2 N. 9th Street<br>Allentown, PA 18101 | | | 46,806.30 |
| Preferred Produce<br>P.O. Box 3626<br>Scranton, PA 18505 | Preferred Produce<br>P.O. Box 3626<br>Scranton, PA 18505 | | | 6,248.21 |

B4 (Official Form 4) (12/07) - Cont.

In re   New Hope Personal Care Homes, Inc.                Case No.  11-04036
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Scranton Sewer<br>P.O. Box 1068<br>Scranton, PA 18501 | Scranton Sewer<br>P.O. Box 1068<br>Scranton, PA 18501 | | | 12,692.28 |
| Sysco<br>P.O. Box 3641<br>Harrisburg, PA 17105 | Sysco<br>P.O. Box 3641<br>Harrisburg, PA 17105 | | | 43,132.78 |
| Thyssen Krupp Elevator<br>P.O. Box 933007<br>969.22, GA 31191 | Thyssen Krupp Elevator<br>P.O. Box 933007<br>969.22, GA 31191 | | | 8,153.76 |
| Trichilo Foods<br>25 Trichilo Dr.<br>Carbondale, PA 18407 | Trichilo Foods<br>25 Trichilo Dr.<br>Carbondale, PA 18407 | | | 6,559.68 |
| UGI Electric<br>P.O. Box 15533<br>Wilmington, DE 19886 | UGI Electric<br>P.O. Box 15533<br>Wilmington, DE 19886 | | | 48,531.62 |
| UGI Gas<br>P.O. Box 15533<br>Wilmington, DE 19886 | UGI Gas<br>P.O. Box 15533<br>Wilmington, DE 19886 | | | 62,049.73 |
| United Water<br>8189 Adams Drive<br>Hummelstown, PA 17036 | United Water<br>8189 Adams Drive<br>Hummelstown, PA 17036 | | | 6,292.62 |
| Wakefield Capital<br>2 Wisconsin Circle<br>Chevy Chase, MD 20815 | Wakefield Capital<br>2 Wisconsin Circle<br>Chevy Chase, MD 20815 | | | 101,724.35 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  6/3/11                    Signature  /s/ Ronald A. Halko
                                           Ronald A. Halko
                                           President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy